IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RONNIE THOMPSON, | § | |
| | § | |
| Defendant Below, | § | No. 330, 2014 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for New Castle County |
| | § | Cr. ID No. 1209013046 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: September 19, 2014
Decided: September 22, 2014

## ORDER

This 22nd day of September 2014, it appears to the Court that, on September 3, 2014, the Chief Deputy Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to diligently prosecute the appeal by not filing his opening brief and appendix and for his failure to pay the required filing fee. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice